UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN DUNN AND RAQUEL DIAZ on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANCIENT BRANDS, LLC,<br><br>Defendant. | Case No: 5:21-cv-390 (LEK/ML) |

## STIPULATION OF DISMISSAL

Plaintiff Stephen Dunn (Plaintiff) and Defendant Ancient Brands, L.L.C., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1(A)(ii) hereby stipulate and agree that this action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any potential claims of the class, with the parties to bear their own attorneys' fees and costs.

STIPULATED AND AGREED TO:

Dated: April 2, 2025

VENABLE LLP
/s/ Caitlin C. Blanche
Caitlin C. Blanche, Esq. (NDNY: 6298686)
**VENABLE LLP**
2049 Century Park East, Suite 2300
Los Angeles CA 90067
Tel: 310.229.0340
Email: CBlanche@Venable.com

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
/s/ J. Hunter Bryson
J. Hunter Bryson (*pro hac vice*)
Russell M. Busch
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
405 E. 50th Street
New York, NY 10022
Tel: (919) 539-2708
Email: hbryson@milberg.com
Email: rbusch@milberg.com

| | |
|---|---|
| David H. Kwasniewski, Esq. (*pro hac vice*)<br>Robert T. Petraglia, Esq. (*pro hac vice*)<br>**BRAUNHAGEY & BORDEN LLP**<br>351 California Street, 10th Floor<br>San Francisco, CA 94104<br>Tel. & Fax: (415) 599-0210<br>Email: kwasniewski@braunhagey.com<br>Email: petraglia@braunhagey.com<br><br>*Counsel for Defendants* | Nick Suciu III<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>6905 Telegraph Rd., Suite 115<br>Bloomfield Hills, MI 48301<br>Tel.: (313) 303-3472<br>Fax: (865) 522-0049<br>Email: nsuciu@milberg.com<br><br>Todd S. Garber<br>**FINKELSTIEN, BLANKINSHIP, FREI, PERSON & GARBER, LLP**<br>One N. Broadway, Suite 900<br>White Plains, New York 10601<br>Tel: (914) 298-3281<br>Fax: (914) 824-1561<br>Email: tgarber@fbfglaw.com<br><br>Katrina Carroll<br>**LYNCH CARPENTER, LLP**<br>111 W. Washington Street, Suite 1240<br>Chicago, IL 60602<br>Telephone: (312) 750-1265<br>Facsimile: (773) 598-5609<br>Email: katrina@lcllp.com<br><br>*Counsel for Plaintiffs* |

IT IS SO ORDERED:

_____
Lawrence E. Kahn
Senior U.S. District Judge

Dated: _____April 4, 2024_____